IN THE MATTER OF JANE TIERNEY, AN ALLEGED MENTAL INCOMPETENT.

Superior Court of New Jersey
Appellate Division

Submitted January 13, 1981—Decided February 3, 1981.

Before Judges MICHELS, KOLE and ARD.

*Roth, Beeman & Savage,* for appellant (*Roger A. Beeman,* on the brief).

*Wharton, Stewart & Davis,* for respondent (*Timothy Boderck,* on the brief).

PER CURIAM.

The judgment of the Superior Court, Law Division, is affirmed substantially for the reasons set forth in the opinion of Judge Meredith reported at 175 *N.J.Super.* 614 (Law Div.1980).